# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Pedro Perez Salomon,

Plaintiff(s)/Petitioner(s)

v.

Senior Warden, Adelanto Detention Facility, et al

Defendant(s)/Respondent(s)

Case No. 5:26-cv-04319-MWC-DTB

## ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS*

CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY

The Court has reviewed the Request to Proceed Without Prepayment of Filing Fees (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that Plaintiff/Petitioner:

- [x] is not able to prepay the full filing fee.
- [ ] is able to prepay the full filing fee.
- [ ] has not submitted enough information for the Court to tell if Plaintiff/Petitioner is able to prepay the full filing fee. This is what is missing:
  - [ ] a certified copy of a trust fund statement for the last six months. ***N/A to prisoners at CDCR facilities in the C.D. Cal***
  - [ ] other:______________________________

***PRISONER NON-HABEAS CASES***

**IT IS THEREFORE ORDERED** that:

- [ ] The Request is **GRANTED. Plaintiff now owes the Court the total filing fee of $350.00.** An initial partial filing fee of $_____________ is due within 30 days. Thereafter, monthly payments must be forwarded to the Court as provided in 28 U.S.C. §1915(b)(2). This case may be dismissed if Plaintiff fails to timely make any of the required payments.

- [ ] Ruling on the request is POSTPONED for 30 days so that Plaintiff has the opportunity to provide:
  - [ ] the missing information identified above.
  - [ ] authorization to disburse funds from the prison trust account.

If Plaintiff does not provide the information or authorization within 30 days, this case may be dismissed.

***HABEAS PETITIONS***

**IT IS THEREFORE ORDERED** that:

- [x] The request is **GRANTED**.
- [ ] Ruling on the request is POSTPONED for 30 days so that Petitioner may provide additional information.

***NON-PRISONER/NON-HABEAS CASES***

**IT IS THEREFORE ORDERED** that:

- [ ] The request is **GRANTED**.
- [ ] Ruling on the request is POSTPONED for 30 days so that the Plaintiff may provide additional information.

**IT IS FURTHER ORDERED** that:

- [ ] Within 30 days of this Order, Plaintiff/Petitioner must do the following:

| |
|---|
| |

If Plaintiff/Petitioner does not provide the information or authorization within 30 days, this case may be dismissed.

Dated: August 4, 2026

By: [signature]
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE