**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

PEDRO PEREZ SALOMON,

Petitioner,

v.

SENIOR WARDEN, ADELANTO DETENTION FACILITY, et al.,

Respondents.

Case No. 5:26-cv-04319-DTB

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued declaring that Immigration and Customs Enforcements' arrest and detention of Petitioner violated the Due Process Clause of the Fifth Amendment to the United States Constitution. Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and an individualized pre-detention hearing before a neutral arbiter at which it is determined that detention is lawful and warranted under the applicable statutes and regulations.

DATED: September 15, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE